Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC ) <br> ) <br> Plaintiff,     vs.           ) <br> ) <br> TERESA RAMOS,  et al, ) <br> ) <br> Defendant, ) <br> ) | Case No.: 2:09-CV-04595-WDK-FMO <br><br> **RENEWAL OF JUDGMENT** <br> **BY CLERK** |

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Ivee Fresnoza, individually and d/b/a The O Restaurant a/k/a Zentro Bistro; Ibarra Abesamis, Jr. individually and d/b/a The O Restaurant a/k/a Zentro Bistro; Jimmy Raymundo Powers, individually and d/b/a The O Restaurant a/k/a Zentro Bistro; Eastridge Investment, LLC, individually and d/b/a The O Restaurant a/k/a Zentro Bistro entered on January 7, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $      6,140.00 |
| b. | Costs after judgment | $           00.00 |
| c. | Subtotal *(add a and b)* | **$      6,140.00** |
| d. | Credits | $           00.00 |
| e. | Subtotal *(subtract d from c)* | **$      6,140.00** |
| f. | Interest after judgment(.30%) | $         183.95 |
| g. | Fee for filing renewal of application | $           00.00 |
| **h.** | Total renewed judgment (add e, f and g) | **$      6,323.95** |

Dated: January 5, 2021    Deputy CLERK, by  *Sharon Hall Brown*
                           Kiry A. Gray,
                           Clerk of U.S. District Court

Renewal of Judgment